[No. 48785-0-I.   Division One.   October 29, 2001.]

*In the Matter of the Personal Restraint of* JEFFREY ALLEN WESTFALL, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 48859-7-I.   Division One.   October 29, 2001.]

*In the Matter of the Personal Restraint of* DANIEL L. ARMSTRONG, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.